### INTELLECTUAL VENTURES II LLC, Appellant

v.

### COMPASS BANK, Commerce Bancshares, Inc., First National Bank of Omaha, Appellees

### 2016-1416

United States Court of Appeals, Federal Circuit.

December 9, 2016

BRENTON R. BABCOCK, Knobbe, Martens, Olson & Bear, LLP, Irvine, CA, argued for appellant. Also represented by EDWARD M. CANNON.

JASON STEWART JACKSON, Kutak Rock LLP, Omaha, NE, argued for appellees. Also represented by HILDA C. GALVAN, Jones Day, Dallas, TX; GEOFFREY K. GAVIN, Atlanta, GA. Appellee Compass Bank also represented by MARK HOWLAND, Carrington Coleman Sloman & Blumenthal, Dallas, TX. Appellee Commerce Bancshares, Inc. also represented by MARC WADE VANDER TUIG, Senniger Powers LLP, St. Louis, MO.

(Dyk, Plager, and Reyna, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**